165 So.2d 723

**EVERGREEN TEXTILES, INC.**

v.

**STATE DEPARTMENT OF INDUSTRIAL RELATIONS et al.**

4 Div. 201.

Supreme Court of Alabama.

June 18, 1964.

J. Fletcher Jones, Andalusia, for petitioner.

Albrittons & Rankin, Andalusia, opposed.

MERRILL, Justice.

Petition of Chester R. Wells for certiorari to the Court of Appeals to review and revise the judgment and decision in Evergreen Textiles, Inc. v. State Department of Industrial Relations et al., 165 So.2d 716.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.

159 So.2d 73

**Earl GANDY**

v.

**STATE.**

6 Div. 35.

Supreme Court of Alabama.

Dec. 12, 1963.

Wm. Conway, Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Earl Gandy for certiorari to the Court of Appeals to review and revise the judgment and decision in Gandy v. State, 159 So.2d 71.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.